Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV97-~~3744~~ 3644 LGB (BQR) Date: March 26, 2002

Title: Lesso James Gilliam vs. Thomas Carey,Warden, et al

DOCKET ENTRY

PRESENT: Hon. BRIAN QUINN ROBBINS, MAGISTRATE JUDGE

Liz Padilla
Deputy Clerk

N/A
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: N/A

ATTORNEYS PRESENT FOR DEFENDANTS: N/A

Proceeding: (IN CHAMBERS)

IT IS ORDERED that the documents lodged with this court on June 30, 1998, be returned to the Attorney General of the State of California.

APR 4 2002

cc: Judge Baird
Exhibits Clerk, USDC
All Counsel of Record

Stephen M. Kaufman
Deputy Attorney General
300 S. Spring Street
Los Angeles, CA 90013

ENTERED ON ICMS
APR 4 2002
CI

MINUTES FORM II
CIVIL-GEN

Initials of Deputy Clerk ____

45